**Opinion filed May 14, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00099-CR

_____

## RODNEY EARL MILLER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-29,905**

## M E M O R A N D U M   O P I N I O N

The documents on file in this case reflect that Rodney Earl Miller, Appellant, was convicted in 2011 for the offense of sexual assault of a child. In his notice of appeal, Appellant indicated that he was appealing the trial court's denial of Appellant's request for the appointment of an attorney to represent Appellant in a proceeding under Chapter 64 of the Texas Code of Criminal Procedure. TEX. CODE CRIM. PROC. ANN. ch. 64 (West Supp. 2014) (relating to postconviction forensic DNA testing). We dismiss the appeal.

This court wrote Appellant on April 29, 2015, and informed him that it did not appear that a final, appealable order had been entered. We requested that Appellant respond and show grounds to continue the appeal. Appellant has filed a response but has not shown grounds upon which this appeal may be continued. The order from which Appellant attempts to appeal is not an immediately appealable order, and we have no jurisdiction to consider it at this time. *See Gutierrez v. State*, 307 S.W.3d 318, 323 (Tex. Crim. App. 2010). Consequently, we have no jurisdiction to entertain this appeal.[1] *Id.*

This appeal is dismissed for want of jurisdiction.

PER CURIAM

May 14, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

---

[1]We note that Appellant's complaint has become moot; the trial court provided this court with an order dated May 7, 2015, in which the trial court appointed an attorney to represent Appellant in the Chapter 64 proceeding. *See* CRIM. PROC. art. 64.01(c).